IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:09-00049-7 Chief Judge Haynes |
| ERIC BRIGHT, | ) ) | |
| Defendant. | ) ) | |

## ORDER

The sentencing hearing in this action is **re-set for Monday, December 10, 2012 at 3:30 p.m.** By **Friday, November 30, 2012,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

ENTERED this the ___13th___ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court