IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-00049-7 |
| ) | Chief Judge Haynes |
| ERIC BRIGHT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The sentencing hearing in this action is **re-set for Wednesday, December 19, 2012 at 11:30 a.m.**

It is so **ORDERED**.

ENTERED this the 28th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court